Nassau Cottage and Realty Company, Appellant, v. Estates of Long Beach, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich and Putnam, JJ., concurred.

Michael Power, Respondent, v. Elinora M. Wagner, Appellant. John R. Carpenter Company and George M. O'Connor, Respondents.— We think the proofs taken on the trial do not support the judgment. In view of the unusual situation presented by this case, we deem it in the interests of justice to grant a new trial. Judgment reversed and new trial granted, costs to abide the final award of costs. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. George Evans, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Gaetano Damato, Respondent, v. Otto Kempner, City Magistrate, etc., and the People of the State of New York, Appellants.— As the complaining witness, Zrake, had long carried on dentistry in violation of statute,* relator's alleged payments for five months in 1912, and the twenty dollar monthly payments thereafter, could be found to have been in order to buy silence and protection for offenses already committed, as well as for future infractions. Therefore, the question to what extent such payments were induced by fear so as to make out the offense of extortion was for the jury. (*People* v. *Gardner*, 144 N. Y. 119.) The order is, therefore, reversed, and the relator remanded, the bail bond given by relator reinstated and the writ of habeas corpus dismissed. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Rosie Gross, Appellant, v. Thomas Hayes, as Warden of the City Prison, Respondent.— Order affirmed. No opinion. Carr, Rich, Stapleton and Putnam, JJ., concurred; Jenks, P. J., dissented.